UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT; | :    CIVIL ACTION NO. |
| THE STATE OF ALABAMA; | :    3:16-CV-002056 (VLB) |
| THE STATE OF ARIZONA; | : |
| THE STATE OF CALIFORNIA; | : |
| THE STATE OF COLORADO; | : |
| THE STATE OF DELAWARE; | : |
| THE STATE OF FLORIDA; | : |
| THE STATE OF HAWAII; | : |
| THE STATE OF IDAHO; | : |
| THE STATE OF ILLINOIS; | : |
| THE STATE OF INDIANA; | : |
| THE STATE OF IOWA; | : |
| THE STATE OF KANSAS; | : |
| THE COMMONWEALTH OF KENTUCKY; | : |
| THE STATE OF LOUISIANA; | : |
| THE STATE OF MAINE; | : |
| THE STATE OF MARYLAND; | : |
| THE COMMONWEALTH OF MASSACHUSETTS; | : |
| THE STATE OF MICHIGAN; | : |
| THE STATE OF MINNESOTA; | : |
| THE STATE OF MISSISSIPPI; | : |
| THE STATE OF MONTANA; | : |
| THE STATE OF NEBRASKA; | : |
| THE STATE OF NEVADA; | : |
| THE STATE OF NEW HAMPSHIRE; | : |
| THE STATE OF NEW JERSEY; | : |
| THE STATE OF NEW YORK; | : |
| THE STATE OF NORTH CAROLINA; | : |
| THE STATE OF NORTH DAKOTA; | : |
| THE STATE OF OHIO; | : |
| THE STATE OF OKLAHOMA; | : |
| THE STATE OF OREGON; | : |
| THE COMMONWEALTH OF PENNSYLVANIA; | : |
| THE STATE OF SOUTH CAROLINA; | : |
| THE STATE OF TENNESSEE; | : |
| THE STATE OF UTAH; | : |
| THE STATE OF VERMONT; | : |
| THE COMMONWEALTH OF VIRGINIA; | : |

| | |
|---|---|
| THE STATE OF WASHINGTON; and<br>THE STATE OF WISCONSIN;<br><br>           v.<br><br>AUROBINDO PHARMA USA, INC.;<br>CITRON PHARMA, LLC;<br>HERITAGE PHARMACEUTICALS, INC.:<br>MAYNE PHARMA (USA), INC.;<br>MYLAN PHARMACEUTICALS, INC.;<br>TEVA PHARMACEUTICALS USA, INC.: | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   April 27, 2017 |

## DEFENDANTS' JOINT UNOPPOSED MOTION
## REGARDING BRIEFING STRUCTURE

Pursuant to Local Rule of Civil Procedure 7(a), Defendants Aurobindo Pharma USA, Inc.; Citron Pharma, LLC; Heritage Pharmaceuticals, Inc.; Mayne Pharma (USA), Inc.; Mylan Pharmaceuticals, Inc.; and Teva Pharmaceuticals USA, Inc. ("Defendants"), respectfully move the court to adopt the following structure for the briefing of their forthcoming motions to dismiss (collectively, "Motions"):

1.   Pursuant to the Court's Pretrial Preferences, the "page limit for documents typed double spaced in 12 point Arial bold is 46" pages.

2.   Rather than submit six separate memoranda in support of the Motions of up to 46 pages each as they would otherwise have been entitled to do, Defendants have met and conferred to streamline briefing by limiting themselves to submitting individual briefs not to exceed 30 pages, and wish to also submit a combined 35-page joint memorandum of law addressing common issues.

3.   This structure reduces the total number of pages for the briefing.

4.   Defendants have met and conferred with Plaintiffs, who do not oppose

this request.

5. Defendants state that this request will not prejudice Plaintiffs because they do not oppose this request and it will reduce the total number of pages of briefing.

WHEREFORE, Defendants respectfully request that the Court grant this motion.

DATED: April 27, 2017

| DEFENDANT<br>MYLAN PHARMACEUTICALS INC. | DEFENDANT<br>AUROBINDO PHARMA USA, INC. |
|---|---|
| BY: /s/ Kim E. Rinehart<br>Kim E. Rinehart (ct24427)<br>Wiggin and Dana LLP<br>One Century Tower<br>265 Church Street<br>P.O. Box 1832<br>New Haven, CT 06508-1832<br>Tel: (203) 498-4400<br>Fax: (203) 782-2889<br>krinehart@wiggin.com<br><br>Robert M. Langer (ct06305)<br>Wiggin and Dana LLP<br>20 Church Street<br>Hartford, CT 06103<br>Tel: (860) 297-3700<br>Fax: (860) 525-9380<br>rlanger@wiggin.com<br><br>Mitchell Zamoff (*pro hac vice*)<br>Adam Levin (*pro hac vice*)<br>Benjamin Holt (*pro hac vice*)<br>Justin Bernick (*pro hac vice*)<br>Hogan Lovells US LLP<br>555 13th Street, NW<br>Washington, DC 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>mitch.zamoff@hoganlovells.com<br>adam.levin@hoganlovells.com<br>benjamin.holt@hoganlovells.com<br>justin.bernick@hoganlovells.com | BY: /s/ Elizabeth M. Lacombe<br>Elizabeth M. Lacombe<br>Duane Morris LLP<br>100 Pearl Street, Suite 1415<br>Hartford, CT 06103<br>Tel: (215) 979-1577<br>Fax: (207) 470-1099<br>emlacombe@duanemorris.com<br><br>Wayne A. Mack (*pro hac vice*)<br>Seth A. Goldberg (*pro hac vice*)<br>Duane Morris, LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Tel: (215) 979-1000<br>Fax: (215) 979-1020<br>wamack@duanemorris.com<br>sagoldberg@duanemorris.com |

| | |
|---|---|
| DEFENDANT<br>CITRON PHARMA, LLC<br><br>BY:  /s/ Christine C. Levin<br>    Christine C. Levin (*pro hac vice*)<br>    Steven E. Bizar (*pro hac vice*)<br>    Dechert LLP<br>    Cira Centre<br>    2929 Arch St.<br>    Philadelphia, PA 19104-2808<br>    Tel:  (215) 994-2421<br>    Fax:  (215) 655-2421<br>    clevin@dechert.com<br>    steven.bizar@dechert.com | DEFENDANT<br>HERITAGE<br>PHARMACEUTICALS INC.<br><br>BY:  /s/ James T. Shearin<br>    James T. (Tim) Shearin (ct01326)<br>    Nathaniel J. Gentile (ct28860)<br>    Pullman & Comley, LLC<br>    850 Main Street, P.O. Box 7006<br>    Bridgeport, CT 06601-7006<br>    Tel: (203) 330 2000<br>    Fax: (203) 576 8888<br>    jtshearin@pullcom.com<br>    ngentile@pullcom.com<br><br>    D. Jarrett Arp (*pro hac vice*)<br>    Melanie L. Katsur (*pro hac vice*)<br>    Christopher B. Leach (*pro hac vice*)<br>    Gibson, Dunn & Crutcher LLP<br>    1050 Connecticut Ave., NW<br>    Washington, DC 20036-5306<br>    Tel: (202) 955-8678<br>    Fax:  (202) 530-9527<br>    jarp@gibsondunn.com<br>    mkatsur@gibsondunn.com<br>    cleach@gibsondunn.com |

4

| | |
|---|---|
| DEFENDANT<br>MAYNE PHARMA, INC<br><br>BY:  /s/ Michael Martinez<br><br>Michael Martinez (*pro hac vice*)<br>Steven Kowal (*pro hac vice*)<br>Lauren Norris Donahue (*pro hac vice*)<br>Brian J. Smith (*pro hac vice*)<br>K&L Gates LLP<br>70 W. Madison St., Suite 3100<br>Chicago, IL 60602<br>Tel: (312) 372-1121<br>Fax: (312) 827-8000<br>michael.martinez@klgates.com<br>steven.kowal@klgates.com<br>lauren.donahue@klgates.com<br>brian.j.smith@klgates.com<br><br>Sean R. Higgins (ct28279)<br>K&L Gates, LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>Tel: (617) 261-3100<br>Fax: (617) 261-3175<br>sean.higgins@klgates.com | DEFENDANT<br>TEVA PHARMACEUTICALS USA, INC.<br><br>BY:  /s/ Jill M. O'Toole<br>Jill M. O'Toole (ct27116)<br>James Bergenn (ct00006)<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, Connecticut 06103-1919<br>Tel.: (860) 251-5000<br>Fax: (860) 251-5218<br>jotoole@goodwin.com<br>jbergenn@goodwin.com<br><br>Marc E. Kasowitz (*pro hac vice*)<br>Hector Torres (*pro hac vice*)<br>David E. Ross (ct12779)<br>Seth Davis (*pro hac vice*)<br>Thomas J. Amburgy (*pro hac vice*)<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, New York 10019<br>Tel.:  (212) 506-1700<br>Fax:  (212) 506-1800<br>mkasowitz@kasowitz.com<br>htorres@kasowitz.com<br>dross@kasowitz.com<br>sdavis@kasowitz.com<br>tamburgy@kasowitz.com |

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Kim E. Rinehart*
Kim E. Rinehart