UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE STATE OF CONNECTICUT, *et al.*, | CIVIL ACTION NO. 3:16-CV-002056-VLB |
| Plaintiffs, | |
| v. | Hon. Vanessa L. Bryant |
| AUROBINDO PHARMA USA, INC., *et al.*, | |
| Defendants. | May 1, 2017 |

**DEFENDANT MAYNE PHARMA INC.'S MOTION UNDER FRCP 12(b)(6) TO DISMISS THE STATE ATTORNEYS GENERAL PLAINTIFFS' AMENDED COMPLAINT, OR IN THE ALTERNATIVE MOTION UNDER FRCP 21 TO SEVER THE DOXYCYCLINE HYCLATE DR CLAIMS FROM THE GLYBURIDE CLAIMS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law, Defendant Mayne Pharma Inc. ("Mayne"), by and through undersigned counsel, respectfully moves this Court to dismiss all claims in their entirety against Mayne in the State Attorneys General Plaintiffs' First Amended Complaint ("the Complaint") (ECF 169) with prejudice.

In the alternative, pursuant to Federal Rule of Civil Procedure 21, and for the reasons set forth in the accompanying Memorandum of Law, Mayne, by and through undersigned counsel, respectfully moves this Court to sever the Complaint's doxycycline hyclate delayed-release ("Doxy DR") claims from the glyburide claims.

              **Respectfully Submitted,**

**Dated: May 1, 2017**      */s/ Michael Martinez*

              **Michael Martinez (*pro hac vice*)**
              **Steven Kowal (*pro hac vice*)**
              **Lauren Norris Donahue (*pro hac vice*)**
              **Brian J. Smith (*pro hac vice*)**
              **K&L Gates LLP**
              **70 W. Madison St., Suite 3100**
              **Chicago, IL 60602**
              **Tel: (312) 372-1121**
              **Fax: (312) 827-8000**
              **steven.kowal@klgates.com**
              **michael.martinez@klgates.com**
              **lauren.donahue@klgates.com**
              **brian.j.smith@klgates.com**

              **Sean R. Higgins (ct28279)**
              **K&L Gates, LLP**
              **State Street Financial Center**
              **One Lincoln Street**
              **Boston, MA 02111-2950**
              **Tel: (617) 261-3100**
              **Fax: (617) 261-3175**
              **sean.higgins@klgates.com**

              *Counsel for Defendant Mayne Pharma Inc.*