UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| The State of Connecticut, *et al.*<br><br>　　　　　Plaintiffs,<br>v.<br>Aurobindo Pharma USA, Inc., *et al.*<br><br>　　　　　Defendants. | 3:16-cv-02056-MPS<br><br>August 9, 2024 |
| The State of Connecticut, *et al.*<br><br>　　　　　Plaintiffs,<br>v.<br>Teva Pharmaceuticals USA, Inc., *et al.*<br><br>　　　　　Defendants. | 3:19-cv-00710-MPS<br><br>August 9, 2024 |

**PARTIES' JOINT SUBMISSION REGARDING**
**CASE SEQUENCING AND BRIEFING SCHEDULE**

Pursuant to the Court's August 2, 2024, Order, counsel for the State Plaintiffs and counsel for Defendants have met and conferred regarding the sequencing and scheduling for the above-captioned actions ("*Heritage*" and "*Teva*," respectively). The parties are happy to report that they have reached agreement as to the respective deadlines in each case.[1]

| **Deadline** | **Date** | **Days from prior** |
|---|---|---|
| Fact Discovery Deadline for Both Cases | Friday, April 18, 2025 | n/a |
| States serve expert reports in Case 1 | Monday, May 19, 2025 | 31 |
| Depositions of States' experts in Case 1 | Friday, July 18, 2025 | 60 |
| Defendants serve expert reports in Case 1 | Monday, August 18, 2025 | 31 |
| Depositions of Defendants' experts in Case 1 | Friday, October 17, 2025 | 60 |

---

[1] Both State Plaintiffs and Defendants reserve the right to seek modification of the schedule due to changed circumstances.

1

| | | |
|---|---|---|
| States serve rebuttal expert reports in Case 1 | Monday, November 17, 2025 | 31 |
| Depositions of States' experts regarding rebuttal reports in Case 1 | Friday, January 16, 2026 | 60 |
| Defendants serve reply reports in Case 1 | Monday, February 16, 2026 | 31 |
| Depositions of Defendants' experts regarding reply reports in Case 1 | Friday, April 17, 2026 | 60 |
| Motions for summary judgment in Case 1 and *Daubert* motions that relate to summary judgment[2] | Tuesday, June 16, 2026 | 60 |
| Responses to summary judgment motions in Case 1 and related *Daubert* motions | Monday, September 14, 2026 | 90 |
| Replies to summary judgment motions in Case 1 and related *Daubert* motions | Thursday, October 29, 2026 | 45 |
| Oral argument on motions for summary judgment and *Daubert* in Case 1 will be scheduled at the discretion of the court | | |
| States serve expert reports in Case 2 | Monday, January 4, 2027 | 67 |
| Depositions of States' experts in Case 2 | Friday, March 5, 2027 | 60 |
| Defendants serve expert reports in Case 2 | Monday, April 5, 2027 | 31 |
| Depositions of Defendants' experts in Case 2 | Friday, June 4, 2027 | 60 |
| States serve rebuttal expert reports in Case 2 | Monday, July 5, 2027 | 31 |
| Depositions of States' experts regarding rebuttal reports in Case 2 | Friday, September 3, 2027 | 60 |
| Defendants serve reply reports in Case 2 | Monday, October 4, 2027 | 31 |
| Depositions of Defendants' experts regarding reply reports in Case 2 | Friday, December 3, 2027 | 60 |
| Motions for summary judgment in Case 2 and *Daubert* motions that relate to summary judgment | Tuesday, February 1, 2028 | 60 |
| Responses to summary judgment motions in Case 2 and related *Daubert* motions | Monday, May 1, 2028 | 90 |
| Replies to summary judgment motions in Case 2 and related *Daubert* motions | Thursday, June 15, 2028 | 45 |
| Oral argument on motions for summary judgment and *Daubert* in Case 2 will be scheduled at the discretion of the court | | |

---

[2] The parties reserve the right to seek phased summary judgment briefing to the extent that it may be warranted following summary judgment briefing in the *Derm* action.

2

The one point on which the parties could not agree, however, is whether *Heritage* or *Teva* should proceed first. Plaintiffs propose that *Teva* proceed first; Defendants propose that *Heritage* proceed first.[3] The parties' respective positions are set forth below. The parties would welcome the opportunity to discuss this issue with the Court at the August 14, 2024 status conference.

<u>Plaintiffs' Position:</u> The Attorneys General have long prioritized trying the Teva case (3:19-cv-00710) over the Heritage case (3:16-cv-02056) because the outcome of the Teva case will have a significant impact on settlement negotiations for all pending generic drug actions. The Teva complaint alleges a widespread, overarching conspiracy among dozens of drug manufactures to fix prices and allocate markets on more than 100 generic drugs, making its resolution critical to the overall management of the multiple claims before this Court and others. In contrast, the Heritage case, involving a smaller manufacturer and fewer drugs, is less significant.

The MDL Court agreed with the Attorneys General's prioritization of the Teva complaint over the Defendant's strong objections. The Teva complaint was set as the bellwether in the MDL in PTO 132 [ECF 1443], which adopted the report and recommendation of Special Master Marion [ECF 1244]. It was only after the Department of Justice brought forward a criminal complaint that a replacement bellwether was selected in the MDL.

Scheduling the Teva case before the Heritage case would help resolve the States' claims across all related actions. Prioritizing the Teva complaint would facilitate meaningful settlement negotiations, as the impending trial would highlight the risks of continued litigation. The resolution of the Teva case would address most of the conduct at issue in the States' litigation

---

[3] Counsel for Defendant Heritage Pharmaceuticals, Inc. has been unable to confirm its position and will update that Court at the upcoming status conference.

and offer guidance on the strengths and weaknesses of the claims and defenses in the Heritage case. In contrast, Heritage, with its narrower scope and unique evidence, would not provide such guidance. A verdict in the Teva case would likely prompt the resolution of the Heritage case, reducing the Court's caseload and promoting efficient case management; outcomes that the less consequential Heritage case alone cannot achieve.

Defendants' Position:  Defendants respectfully submit that *Heritage* should precede *Teva* for several reasons.  *Heritage* was the first case to be filed and therefore the parties have been waiting the longest to resolve those claims.  *Heritage* involves a substantial (but more manageable) number of products.  Because *Heritage* includes 15 products, compared with *Teva*'s 114, dispositive briefing and any trial in *Heritage* will be considerably more manageable for both the Court and the parties.  At the same time, the *Heritage* action will provide much of the same guidance:  it includes a mix of both DPA and non-DPA defendants, DPA and non-DPA products, a DOJ leniency applicant, as well as an alleged "overarching" conspiracy.  *Heritage* will thus advance the goal of providing the parties with concrete guidance regarding the strength of evidence as to a complaint that has a narrower scope and is not allegedly focused on dermatological products, and it may ultimately allow the parties to avoid (or substantially narrow) disputes as to the much larger and unwieldy *Teva* action.  As the first-filed action, *Heritage* also raises the fewest procedural complications in terms claim splitting, which will be subject to briefing in both *Derm* and *Teva*.

To the extent that the States suggest that *Teva* should go first because the States view that case as presenting more important substantive issues, that claim is belied by the presence of many of the same defendants, including Teva, in both actions and the States' purported incorporation by

4

reference of the *Heritage* complaint into the *Teva* complaint.

| | |
|---|---|
| Dated:  August 9, 2024 | Respectfully submitted, |
| WILLIAM TONG<br>ATTORNEY GENERAL<br>STATE OF CONNECTICUT | ASHLEY MOODY<br>ATTORNEY GENERAL<br>STATE OF FLORIDA |
| */s/ W. Joseph Nielsen*<br>W. Joseph Nielsen, ct20415<br>Assistant Attorney General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5030<br>Joseph.Nielsen@ct.gov<br><br>*Attorney for the State of Connecticut* | */s/ Genevieve Hall*<br>Genevieve Hall<br>Special Counsel, Antitrust Division<br>Florida Office of the<br>Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399<br>Tel: (850) 414-3800<br>Genevieve.Hall@myfloridalegal.com<br><br>*Counsel for Plaintiff State of Florida* |
| */s/ Sheron Korpus*<br>Sheron Korpus<br>Seth A. Moskowitz<br>Seth Davis<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>skorpus@kasowitz.com<br>smoskowitz@kasowitz.com<br>sdavis@kasowitz.com<br><br>*Counsel for Defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.* | */s/ Whitney Cloud*<br>Whitney Cloud<br>Ilana H. Eisenstein<br>DLA PIPER LLP (US)<br>1650 Market Street, Suite 5000<br>Philadelphia, PA 19103<br>Telephone: (215) 656-3300<br>whitney.cloud@dlapiper.com<br>ilana.eisenstein@dlapiper.com<br><br>Carlton E. Wessel<br>DLA PIPER LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 799-4000<br>carlton.wessel@us.dlapiper.com |

5

/s/ Robin P. Sumner
Robin P. Sumner
Michael J. Hartman
Melissa Hatch O'Donnell
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

*Counsel for Defendants Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC*

/s/ W. Gordon Dobie
W. Gordon Dobie
Frank A. Battaglia
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
wdobie@winston.com
fbattaglia@winston.com

Irving Wiesen
LAW OFFICES OF IRVING L. WIESEN, P.C.
420 Lexington Ave. – Suite 2400
New York, NY 10170
Tel: (212) 381-8774
Fax: (646) 536-3185
iwiesen@wiesenlaw.com

*Counsel for Defendant Ascend Laboratories, LLC*

James O. Craven
James I. Glasser
WIGGIN & DANA
One Century Tower
265 Church Street
New Haven, CT 06510
Telephone: 203-498-4361
jcraven@wiggin.com
jglasser@wiggin.com

*Counsel for Defendants Pfizer Inc. and Greenstone LLC*

/s/ Nathan E. Denning
Nathan E. Denning
Chloe S. Booth
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
Tel: (212) 551-2600
Fax (212) 551-2888
ndenning@wiggin.com
cbooth@wiggin.com

Benjamin H. Diessel
Ariela C. Anhalt
Emmett Gilles
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510
Tel: (203) 498-4400
Fax: (203) 782-2889
bdiessel@wiggin.com
aanhalt@wiggin.com
egilles@wiggin.com

/s/ *Donald Hawthorne*
Donald Hawthorne
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Ave New York, NY 10178
Tel: (212) 696 6949
Fax: (212) 697 1559
dhawthorne@curtis.com

*Counsel for Defendant Breckenridge Pharmaceutical, Inc.*

/s/ *Steven E. Bizar*
Steven E. Bizar
John P. McClam
Agnese Nadalini
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
steven.bizar@dechert.com
john.mcclam@dechert.com
agnese.nadalini@dechert.com

*Counsel for Citron Pharma LLC*

/s/ *Roger B. Kaplan*
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
GREENBERG TRAURIG LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07931
Tel: (973) 360-7900
Fax: (973) 295-1257
kaplanr@gtlaw.com
kislinj@gtlaw.com
vannostranda@gtlaw.com

Christopher Bailes
WIGGIN AND DANA LLP
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
New Haven, CT 06510
Tel: (215) 998-8318
Fax: (215) 988-8384
cbailes@wiggin.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

/s/ *Edward B. Schwartz*
Edward B. Schwartz
REED SMITH LLP
1301 K Street, N.W.
Suite 1000, East Tower
Washington, D.C. 20005
Telephone: (202) 414-9200
Facsimile: (202) 414-9299
eschwartz@reedsmith.com

Gregory Vose
Amy M. Kerlin
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
gvose@reedsmith.com
akerlin@reedsmith.com

*Counsel for Defendant Heritage Pharmaceuticals, Inc.*

/s/ *George G. Gordon*
George G. Gordon
Julia Chapman
Forrest E. Lovett
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000

Brian T. Feeney
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7812
Fax: (215) 717-5265
feeneyb@gtlaw.com

*Counsel for Defendant
Dr. Reddy's Laboratories, Inc*

*/s/ Dimitra Doufekias*
Dimitra Doufekias
Megan E. Gerking
Robert W. Manoso
Aaron Heath Scheinman
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Tel.: (202) 887-1500
Fax: (202) 887-0763
ddoufekias@mofo.com
mgerking@mofo.com
rmanoso@mofo.com
ascheinman@mofo.com

Michael B. Miller
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Tel.: (212) 468-8000
Fax: (212) 468-7900
mbmiller@mofo.com

*Counsel for Defendant Glenmark
Pharmaceuticals Inc., USA*

Facsimile: (215) 994-4400
george.gordon@dechert.com
julia.chapman@dechert.com
forrest.lovett@dechert.com

*Counsel for Defendant Lannett Company,
Inc.*

*/s/ Colin R. Kass*
Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6890
Facsimile: (202) 416-6899
ckass@proskauer.com

Bradley I. Ruskin
David A. Munkittrick
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
bruskin@proskauer.com
dmunkittrick@proskauer.com

Meg Slachetka
Leiv Blad
COMPETITION LAW PARTNERS
1101 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
meg@competitionlawpartners.com
leiv@competitionlawpartners.com

*Counsel for Defendant Lupin
Pharmaceuticals, Inc.*

*/s/ John M. Taladay*
John M. Taladay
Christopher P. Wilson
JoAnna Adkisson
BAKER BOTTS LLP

*/s/ Brian J. Smith*
Michael Martinez (admitted *pro hac vice*)
Brian J. Smith (admitted *pro hac vice*)
Lauren Norris Donahue (admitted *pro hac vice*)
K&L Gates LLP
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Tel: (312) 372-1121
michael.martinez@klgates.com
brian.j.smith@klgates.com
lauren.donahue@klgates.com

Sean R. Higgins (ct28279)
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, Massachusetts 02114
Tel: (617) 261-3100
sean.higgins@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com


Benjamin F. Holt
Adam K. Levin
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
benjamin.holt@hoganlovells.com
adam.levin@hoganlovells.com
justin.bernick@hoganlovells.com

Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower

700 K Street, NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
joanna.adkisson@bakerbotts.com


Lauri A. Kavulich
CLARK HILL PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals U.S.A., Inc.*

*/s/ Devora Allon*
Devora W. Allon, P.C.
Jay P. Lefkowitz, P.C.
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022 (212) 909-3344
devora.allon@kirkland.com
lefkowitz@kirkland.com
alexia.brancato@kirkland.com

*Counsel for Defendant Upsher-Smith Laboratories, LLC*

9

265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Face: (203) 782-2889
krinehart@wiggin.com

Robert M. Langer (ct06305)
WIGGIN AND DANA LLP
20 Church Street
Hartford, CT 06103
Tel: (860) 297-3700
Fax: (860) 525-9380
rlanger@wiggin.com

*Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

*/s/ Alison Tanchyk*
J. Gordon Cooney, Jr.
Alison Tanchyk
John J. Pease, III
William T. McEnroe
Zachary M. Johns
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5000
(215) 963-5001 (fax)
gordon.cooney@morganlewis.com
alison.tanchyk@morganlewis.com
john.pease@morganlewis.com
william.mcenroe@morganlewis.com
zachary.johns@morganlewis.com


Amanda Robinson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
(202) 739-3001 (fax)
amanda.robinson@morganlewis.com

*Counsel for Defendant*

*/s/ Clifford Katz*
Clifford Katz
Damon W. Suden
Marisa Lorenzo
KELLEY DRYE WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
ckatz@kelleydrye.com
dsuden@kelleydrye.com
mlorenzo@kelleydrye.com

*Counsel for Defendant Wockhardt USA LLC*

*/s/ Jason R. Parish*
Jason R. Parish
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 452-7900
Fax: (202) 452-7989
Email: jason.parish@bipc.com

Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Center
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
Tel.: (412) 562-8800
Fax: (412) 562-1041
Email: bradley.kitlowski@bipc.com

Caroline B. Warren
BUCHANAN INGERSOLL & ROONEY PC
Carillon Tower
227 West Trade Street, Suite 600
Charlotte, NC 28202
Tel.: (704) 444-3371
Fax: (704) 444-3490
Email: caroline.warren@bipc.com

*Counsel for Defendant Zydus Pharmaceuticals (USA), Inc.*

*Teva Pharmaceuticals USA, Inc.*

/s/ G. Robert Gage, Jr.
G. Robert Gage, Jr.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, NY 10022
Telephone: (212) 768-4900
grgage@gagespencer.com

Fabien M. Thayamballi
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel. (212)-257-4891
fthayamballi@shapiroarato.com

*Counsel for Defendant Ara Aprahamian*

/s/ Erica S. Weisgerber
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: 212-909-6000
Facsimile: 212-909-6836
eweisgerber@debevoise.com

Edward D. Hassi
Leah S. Martin
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-383-8000
Facsimile: 202-383-8118
thassi@debevoise.com
lmartin@debevoise.com

*Counsel for Defendant Armando Kellum*

/s/ L. Barrett Boss
L. Barrett Boss
Thomas J. Ingalls
COZEN O'CONNOR P.C.
1200 19th Street NW, Suite 300
Washington, DC 20036

/s/ Robert E. Connolly
Robert E. Connolly
LAW OFFICE OF ROBERT E. CONNOLLY
1735 Market Street, Suite A, #469
Philadelphia, PA 19103
Telephone: (215) 219-4418
bob@reconnollylaw.com

*Counsel for Defendant James Grauso*

/s/ Christopher Ondeck
Christopher Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com

Grant Esposito
David Fioccola
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
gesposito@proskauer.com
dfioccola@proskauer.com

Thomas D. Goldberg
Jeffrey Mueller
DAY PITNEY LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-0164
Facsimile: (860) 881-2625

*Counsel for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*

/s/ Meg Slachetka
Meg Slachetka

Telephone: (202) 912-4818
Facsimile: (866) 413-0172
bboss@cozen.com
tingalls@cozen.com
Peter M. Ryan
COZEN O'CONNOR P.C.
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2130
Facsimile: (215) 701-2157
pryan@cozen.com

Rebecca Brodey
BOURELLY, GEORGE AND BRODEY PLLC
1050 30th Street NW
Washington, DC 20007
Telephone: (310) 500-6217
rebecca.brodey@bgblawyers.com

*Counsel for Defendant James Nesta*

/s/ David Schertler
David Schertler
Tara Tighe
SCHERTLER ONORATO MEAD & SEARS, LLP
555 13th Street NW, Suite 500 West
Washington, DC 20004
Phone: (202) 628-4199
Fax: (202) 628-4177
dschertler@schertlerlaw.com
ttighe@schertlerlaw.com

*Counsel for Defendant Konstantin Ostaficiuk*

/s/ Calli J. Padilla
Stephen A. Miller
Calli J. Padilla
COZEN O'CONNOR P.C.
1650 Market Street
Suite 2800
Philadelphia, PA 19103
(215) 665-6938
(215) 253-6777 (fax)

Leiv Blad
COMPETITION LAW PARTNERS
1101 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
meg@competitionlawpartners.com
leiv@competitionlawpartners.com

*Counsel for Defendant David Berthold*

/s/ Larry H. Krantz
Larry H. Krantz
Jerrold L. Steigman
KRANTZ & BERMAN LLP
747 Third Avenue, 32nd Floor
New York, New York 10017
Telephone: (212) 661-0009
lkrantz@krantzberman.com
jsteigman@krantzberman.com

*Counsel for Defendant James Brown*

/s/ James A. Backstrom
James A. Backstrom
James A. Backstrom, Counsellor at Law
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
Telephone: (215) 864-7797
jabber@backstromlaw.com

*Counsel for Defendant Marc Falkin*

/s/ Amy Carver
Amy Carver
WELSH & RECKER
306 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 972-6430
Fax: (985) 617-1021
abcarver@welshrecker.com

*Counsel for Defendant Tracy Sullivan DiValerio*

samiller@cozen.com
cpadilla@cozen.com

*Counsel for Defendant Richard Rogerson*

/s/ Jeffrey D. Smith
Jeffrey D. Smith, Esq.
Alice M. Bergen, Esq.
DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Tel: (201) 928-1100
Fax: (201) 928-0588
jsmith@decotiislaw.com
abergen@decotiislaw.com

*Counsel for Defendant Robin Hatosy*

/s/ Robert J. Cleary
Robert J. Cleary
Amy N. Vegari
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
rcleary@pbwt.com
avegari@pbwt.com

*Counsel for Defendant Rajiv Malik*

/s/ Michael G. Considine
Michael G. Considine
Laura E. Miller
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
considine@sewkis.com
millerl@sewkis.com

*Counsel for Defendant Jill Nailor*

/s/ Thomas H. Suddath, Jr.
Thomas H. Suddath, Jr.
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  215-851-8100
Facsimile:  215-851-1420
tsuddath@reedsmith.com

*Counsel for Maureen Cavanaugh*

/s/ Jeffrey Brown
Jeffrey Brown
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Tel.: (212) 698-3511
jeffrey.brown@dechert.com

Carla G. Graff
Stormie Mauck
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Carla.graff@dechert.com
Stormie.mauck@dechert.com

*Counsel for Defendant Dave Rekenthaler*