UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUROBINDO PHARMA USA, INC., *et al.*,<br><br>*Defendants*. | No. 3:16-cv-02056-MPS<br><br><br><br>December 12, 2024 |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of David Mlaver as counsel for the Plaintiff Commonwealth of Massachusetts in this action.

Counsel from the Connecticut Office of the Attorney General have appeared in this case, and attorneys from that office serve as local counsel for the Plaintiff States.

*/s/ David Mlaver*

David Mlaver (Bar No. phv208370)
Assistant Attorney General
Antitrust Division
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2613
david.mlaver@mass.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, a copy of the foregoing Notice of Appearance was served by e-mail on all counsel of record in this action by operation of the Court's Electronic Filing System as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David Mlaver
David Mlaver
Assistant Attorney General, Antitrust Division