**EXHIBIT B**

Proposed Modification of Heritage Schedule

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| States serve expert reports | November 19, 2025 | December 12, 2025 |
| Joint Status Report | December 8, 2025 | No change |
| Telephone Status Conference | December 12, 2025 @ 4pm | No change |
| Depositions of States' experts | January 19, 2026 | February 9, 2026 |
| Defendants serve expert reports | February 18, 2026 | March 11, 2026 |
| Depositions of Defendants' experts | April 17, 2026 | May 1, 2026 |
| States serve rebuttal expert reports | May 18, 2026 | June 1, 2026 |
| Depositions of States' experts regarding rebuttal reports | July 16, 2026 | July 24, 2026 |
| Defendants serve reply expert reports | August 17, 2026 | August 28, 2026 |
| Depositions of Defendants' experts regarding reply reports | October 19, 2026 | October 23, 2026 |
| Dispositive motions and related *Daubert* motions | December 16, 2026 | No change |
| Responses to dispositive motions and related *Daubert* motions | March 15, 2027 | No change |
| Replies in support of dispositive motions and related *Daubert* motions | April 29, 2027 | No change |