**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STATE OF CONNECTICUT, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>AUROBINDO PHARMA USA, INC., et al.<br><br>*Defendants.* | No. 3:16-cv-02056-MPS |
| STATE OF CONNECTICUT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. et al.,<br><br>*Defendants.* | No. 3:19-cv-00710-MPS |
| STATE OF CONNECTICUT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ, INC., et al.,<br><br>*Defendants*. | No. 3:20-cv-00802-MPS<br><br><br>May 20, 2026 |

**PLAINTIFF STATES' MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH BAUSCH AND LANNETT AND FOR ALLOCATION OF SETTLEMENT FUNDS**

The Plaintiff States ("States") hereby respectfully move the Court for an order as follows:

(1)    Final approval of the States' Settlements with Defendants Bausch Health US, LLC and Bausch Health Americas, Inc. ("Bausch") and Defendant Lannett Company, Inc. ("Lannett");

1

**ORAL ARGUMENT NOT REQUESTED**

(2)     Dismissing the litigation against Defendants Bausch and Lannett Releasees only, with prejudice and except as provided for in the Settlements;

(3)     Finding that the notice given to  Corporate Entities in Idaho and Consumers constitutes due, adequate, and sufficient notice and meets the requirements of due process and the Federal Rules of Civil Procedure;

(4)     Final approval of the allocation of funds between the Restitution Accounts and Cost Accounts;

(5)     Final approval of a distribution to the States of all funds allocated to the Costs Accounts to be allocated among the states at the States' discretion;

(6)     Final approval of the allocation of the Restitution Accounts between Consumers and State Entities in the Heritage, Lannett, and Bausch Settlements;

(7)     Final approval that a distribution to the States of all funds allocated to State Entities may take place upon the Court's final approval of a plan of allocation;

(8)     Final approval that all funds allocated to Consumer restitution be held in escrow and that an allocation and distribution plan be deferred until a future appropriate time, upon motion by the States;

(9)     Final approval of the Settlements' allocation of Settlement funds to Corporate Entities in Idaho and Washington;

(10)    Final approval that all funds allocated to Corporate Entities restitution be held in escrow and that the distribution be deferred until a future appropriate time, upon motion by the States;

(11)    Retaining exclusive jurisdiction over the Settlements, including the administration and consummation of the Settlements;

2

**ORAL ARGUMENT NOT REQUESTED**

(12)    Directing consummation of the Settlements pursuant to its terms and that the Final

Approval Order in the States' Actions as to the Bausch and Lannett Releasees shall

be final and immediately appealable.

This Motion is supported by the accompanying Memorandum of Law in Support of the

State's Motion, along with two supporting declarations (each with their own exhibits) and a

proposed order.

Dated:  May 20, 2026

Respectfully submitted,


STATE OF NEW YORK                        STATE OF NORTH DAKOTA
LETITIA JAMES                            DREW H. WRIGLEY
ATTORNEY GENERAL                         ATTORNEY GENERAL

*/s/ Saami Zain*                         */s/ Elin S. Alm*
Saami Zain                               Elin S. Alm
Bar No. phv208392                        Bar number phv207896
Robert L. Hubbard                        Assistant Attorney General
Fed Bar No. ct30195                      Director, Consumer Protection & Antitrust Division
Assistant Attorneys General             Office of Attorney General
Antitrust Bureau                         1720 Burlington Drive, Suite C
28 Liberty Street, 20th Floor           Bismarck, ND 58504-7736
New York, NY 10005                       Telephone (701) 328-5570
Tel: (212) 416-8267                      Facsimile (701) 328-5568
Saami.Zain@ag.ny.gov                     ealm@nd.gov
Robert.Hubbard@ag.ny.gov

*Attorneys for the State of New York*    *Attorney for the State of North Dakota*

**ORAL ARGUMENT NOT REQUESTED**

STATE OF CONNECTICUT
WILLIAM TONG
ATTORNEY GENERAL

By: */s/ Cara L. Moody1*
Cara L. Moody
Federal Bar No. Ct31924
Assistant Attorney General
Nicole Demers
Federal Bar No. ct27223
Deputy Associate Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5030
Fax: (860) 808-5391
Cara.Moody@ct.gov
Nicole.Demers@ct.gov

*Attorneys for the State of Connecticut*

---

1 Counsel for Plaintiff State of Connecticut represents the consent of all Plaintiffs in the above captioned case pursuant to Section XI.D. of the Electronic Filing Policies and Procedures.

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, the foregoing document, together with the accompanying Memorandum, Declarations, and Exhibits, was served by e-mail on all counsel of record in this action by operation of the Court's Electronic Filing System as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: May 20, 2026

/s/ Saami Zain
Saami Zain
Assistant Attorney General