**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

STATE OF CONNECTICUT, *et al.*,

    *Plaintiffs,*

    v.

AUROBINDO PHARMA USA, INC., *et al,*

    *Defendants.*

Case No. 3:16-cv-02056-MPS

---

STATE OF CONNECTICUT, *et al.*,

    *Plaintiffs*,

    v.

TEVA PHARMACEUTICALS USA, INC. *et al*,

    *Defendants.*

Case No. 3:19-cv-00710-MPS

---

STATE OF CONNECTICUT, *et al.*,

    *Plaintiffs,*

    v.

SANDOZ, INC., *et al*.

Case No. 3:20-cv-00802-MPS

**DECLARATION OF TIFFANEY A. JANOWICZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS
WITH BAUSCH AND LANNETT ON IMPLEMENTATION OF THE NOTICE PLAN
AND ADMINISTRATION**

I, Tiffaney Janowicz, being duly sworn, hereby declare as follows:

1.    I am a senior vice president of Rust Consulting, Inc. ("Rust"), a nationally recognized notice and administration firm. Rust designs and implements notice and administration

programs of all sizes and types, including consumer, antitrust, securities, insurance, healthcare, labor and employment, property, finance, and products liability class actions.

2.    I submit this declaration in connection with the above-captioned matter.  My credentials were previously submitted to the Court in a prior submission.  *See* January 23, 2026, Declaration of Tiffaney A. Janowicz in Support of States' Motion for Preliminary Approval of Settlements With Bausch Health US, LLC, Bausch Health Americas and Lannett Company, Inc. ("Janowicz Preliminary Approval Declaration"), ECF No. 923-4 (16-cv-2056), ECF No. 881-4 (19-cv-0710), ECF No. 1179-4 (20-cv-0802).  The Janowicz Preliminary Approval Declaration described the plan of notification and administration ("Notice Plan") and attached proposed Long Form and Short Form notices.  This declaration describes the implementation of the Notice Plan and administration of the settlement agreements in this case.

3.    This declaration is based upon my personal knowledge and upon information provided by the States, my associates, and staff.

4.    Rust was engaged to provide notification and administration services in the above-captioned case.  Duties include: (a) preparing notice materials (including retaining translation services for translation of the notices and website in six foreign languages); (b) disseminating notice; (c) receiving registrations; (d) tracking exclusions and objections; (e) maintaining a toll-free informational telephone line; (f) creating and maintaining a publicly available website; and (g) other tasks requested by the States, or ordered  by the Court for Rust to perform.

2

**CONSUMER NOTICE PLAN OVERVIEW AND COMPONENTS**

5.      The Court-approved Notice Plan was designed to reach eligible Consumers; provide Consumers opportunities to learn about the Settlements and act upon their rights; and ensure Consumers will be exposed to, see, review, and understand the Notices.

6.      The Notice Plan included Notices that were noticeable, clear, concise, and written in plain, easily understood language (in English, Spanish, French, Traditional Chinese, Simplified Chinese, Arabic, and Vietnamese), and designed to meet due process requirements.

7.      The Notice Plan approved by the Court was implemented and achieved each of the planned objectives.

8.      As described in the Janowicz Preliminary Approval Declaration, there are three components to the Notice Plan to Consumers:  a website, direct notice to those who previously registered for updates, and "earned media" through strategic distribution of press releases.  *See* Janowicz Prelim. Approval Decl. at ¶¶7-17.

**Website**

9.      On October 30, 2024, Rust established a website at www.AGGenericDrugs.com (currently viewable in English, Spanish, Chinese, Arabic, French, Russian and Vietnamese).  The website informs Consumers about the litigation and Settlements, including basic information about Consumers' rights and options concerning the Settlements; shares several helpful documents (*e.g.*, the Complaint, the negotiated settlements, the list of drugs involved, and the Long Form and Short Form Notices approved by the Court); and lists "FAQs" to several expected questions Consumers are likely to have (along with answers).  The website also includes a toll-free telephone number and email address where Consumers can seek additional information.  In addition to providing information, the website also has a form allowing Consumers to register to obtain future

3

information about how to file a claim seeking payment (if eligible) and a form for Consumers seeking to be excluded from the Settlements.

10.    Beginning in March 2025, Rust worked with the States to create an additional, more user-friendly list of Drugs at Issue.  On May 19, 2025, Rust posted a final version of the newly created List of Drugs at Issue at www.aggenericdrugs.com/English/Drug-List.  As an example of the information provided, a copy of the listing for "Acetazolamide," the first drug identified on the Long Form notice, is copied below:



**Direct Notice**

11.    Rust sent the Short Form Notice via email to Consumers who previously registered to receive updates concerning the case status.  Additionally, Rust <u>mailed</u> the Short Form Notice to registrants who previously registered to receive updates but did not provide an email address with their registration.  Since February 2, 2026, Rust has sent 220,207 notices by email and 131 notices by mail to registrants.  In all, since October 30, 2024, Rust sent 311,132 notices by email and 165 notices by mail to registrants.

**Earned Media**

12.     The Notice Plan included an "earned media" program, which refers to strategic use and (re)distribution of press releases[1] to increase distribution and thus hopefully provide greater awareness of, and confidence in, the Settlements.  Earned media coverage creates legitimacy and credibility in the minds of consumers because it is delivered and received through credible organizations, such as a newspaper reporter/columnist, television or radio anchor/reporter, influential bloggers, and through word of mouth on social media networks.[2]

13.     The earned media program implemented by Rust in this matter included distributing a press release through various media outlets (and in a few different languages) with the expectation that it would lead to the press release being posted in various locations and thus potentially viewed by more and diverse groups of Consumers.  The messaging used the language of the Short Form Notice, describing the Settlements and providing the toll-free number, email address and settlement website address.  On March 17, 2026, Rust announced the preliminary approval of the settlements on PR Newswire's National US1 Newsline and Multicultural Markets, which included translated distributions in Spanish, simplified Chinese and traditional Chinese. The English press release generated 565 postings of the press release in the form of radio and television announcements, newspaper and online stories, with the potential audience[3] of 66 million.  A total of 2,392 journalists viewed the press release.  The Spanish press release generated 44 postings with the potential audience of 3.5 million.  The Chinese press releases generated a

---

[1] Beginning on February 2, 2026, numerous States issued press releases announcing the Settlements with Bausch and Lannett and encouraging Consumers to view the website and register.  *See* States' Declaration in Support of the States' Motion for Final Approval of Settlements with Bausch and Lannett ("States Declaration") at ¶21.

[2] Entrepreneur, *What Is Earned Media and What Is Its Value?*, January 26, 2023, at https://www.entrepreneur.com/starting-a-business/what-is-the-value-of-earned-media/443019 (last visited May 4, 2026) and Cision, *5 Reasons the Press Release Still Matters*, February 17, 2022, at https://www.cision.com/resources/articles/5-reasons-the-press-release-still-matters/ (last visited May 4, 2026).

[3] Refers to the potential audience and is calculated by adding together the average monthly viewing/listening audience of each media outlet where the press release was presented.

total of seven postings with the potential audience of 3.2 million.  Information about the Settlements appeared in media outlets such as *Daily Gazette* (New York), KTLA (Los Angeles), Crain's New York Business and Benzinga (online news).  The press release used wording from the summary notice, which highlighted the Settlement details, provided information concerning rights and options for potential Consumers, and featured the toll-free telephone number and website address.

### SETTLEMENT ADMINISTRATION COMPONENTS

14. As noted above, on October 30, 2024, Rust established a website at www.AGGenericDrugs.com to enable Consumers to obtain and download information about the Settlements, view answers to frequently asked questions, register to receive updates, and request to be excluded from the Settlements.  As of May 14, 2026, the website has had a total of 1,026,839 unique visits.  Since February 2, 2026, the website has had 112,286 unique visits.

15. On October 30, 2024, Rust established a toll-free phone number at 1-866-290-0182, allowing Consumers to call and leave voicemails, listen to answers to frequently asked questions, and register to receive future notices relating to the case 24 hours a day, seven days a week. Telephone support is provided in English, Spanish, and Chinese.  Rust returned calls to callers leaving voicemails with questions.  As of May 14, 2026, Rust received a total of 2,090 calls, including 723 voicemails, to the toll-free number.  Since February 2, 2026, there have been 354 calls and 126 voicemails.

16. Rust established the mailing address, AG Generic Drug Litigation, c/o Rust Consulting – 8769, PO Box 2599, Faribault, MN 55021-9599, to receive registration forms, exclusions, objections, letters and other communications regarding the Settlement.

17.    Rust also established a dedicated e-mail inbox, info@aggenericdrugs.com, to allow Consumers to communicate any specific requests or questions.

18.    As of May 14, 2026, Rust received 253,831 total Registration Forms.  Since February 2, 2026, there have been 35,898 registrations.  Registration Forms have not yet been fully reviewed to remove duplicative or suspicious forms.

19.    As of May 14, 2026, Rust received 11 requests for exclusions from the Bausch and/or Lannett settlements.  All of the requests were for both settlements.  Copies of the exclusion requests are attached as **Exhibit A.**

20.    As of May 14, 2026, Rust received one (1) objection.  See ECF No. 969 (3:16-cv-02056-MPS), No. 928 (3:19-cv-00710-MPS), and No. 1389 (3:20-cv-00802-MPS).

## PERFORMANCE AND EFFECTIVENESS OF NOTICE PLAN

21.    ***Objectives were met.***  The primary objective of the Notice Plan was to effectively reach Consumers with "noticeable" notices of the settlements and provide them with a reasonable opportunity to understand that their legal rights are affected.  The Notice Plan was consistent with the standards employed by Rust in notification programs designed to reach Consumers.

22.    ***Notices were designed to increase noticeability and comprehension.***  The Court-approved Notices were designed to get Consumers' attention by including an informative headline. All of the Notices were written in concise, plain language.  No important or required information was missing or omitted.

23.    The Short Form Notice was worded with simple text to encourage readership and comprehension.  The Short Form Notice directed readers to get more information via the website or toll-free number.  The Short Form Notice was also available on the website in English, Spanish,

Chinese, Arabic, French, Russian and Vietnamese. A copy of the Short Form Notice is attached as **Exhibit B.**

24.    The Long Form Notice was available (in English, Spanish, Chinese, Arabic, French, Russian and Vietnamese) via the website and (in English, Spanish, and Chinese) via the toll-free number.   The Long Form Notice provided substantial information, including the background on the case, the list of Drugs at Issue, what options Consumers had relating to the Settlements, and specific instructions Consumers needed to follow to properly exercise their rights. A copy of the Long Form Notice is attached as **Exhibit C.**

*Corporate Entities*

25.    At the request of the attorneys general of Idaho and Washington, Rust established a    subpage    on    the    website    www.AGGenericDrugs.com    with    the    URL https://www.aggenericdrugs.com/English/CorporateEntities where eligible corporate entities in Idaho and Washington can obtain information about the Settlements and register to obtain additional and future information about the litigation as well as a future claim process.   This website provided eligible corporate entities in Idaho an opportunity to exclude themselves from the Settlements and to register to receive updates about the settlements and future settlements, including when and how to submit a claim.

26.    As of May 14, 2026, Rust received four (4) Registration Forms, no exclusions, and no objections from corporate entities.


I declare, to the best of my knowledge, that the foregoing is true and correct.

Executed in Longmont, Colorado, this 19th day of May 2026.

_____
Tiffaney A. Janowicz

# EXHIBIT A

---------- Forwarded message --------

From: Noreply@rustconsulting.com <Noreply@rustconsulting.com>

Date: Thursday, February 5, 2026 at 5:50:01 AM UTC-6

Subject: Bausch/Lannett Opt Out

To: info@aggenericdrugs.com info@aggenericdrugs.com

A response has been sent from the following website: www.aggenericdrugs.com.

Name: █████████████

Street Address: █████████████████

City: ████████

State: ███

Zip: █████

Phone: █████████████

I request to be excluded from the settlement.: True

Date: 02/05/2026

Signature: ███████████████

# Bausch/Lannett Opt Out

Noreply@rustconsulting.com <Noreply@rustconsulting.com>
Feb 7, 2026, 1:00:29 PM (2 days ago)
to info@aggenericdrugs.com

A response has been sent from the following website: www.aggenericdrugs.com.

Name: ▇▇▇▇▇▇▇▇
Street Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
City: ▇▇▇▇
State: ▇▇
Zip: ▇▇▇
Phone: ▇▇▇▇▇▇
I request to be excluded from the settlement.: True
Date: 02/02/1992
Signature: ▇▇▇▇▇▇▇▇

# Bausch/Lannett Opt Out

Noreply@rustconsulting.com <Noreply@rustconsulting.com>
unread,
Feb 9, 2026, 2:31:53 PM (24 hours ago)
to info@aggenericdrugs.com

A response has been sent from the following website: www.aggenericdrugs.com.

Name: ▓▓▓▓▓▓
Street ▓▓▓▓▓▓▓▓▓▓▓▓▓
City: ▓▓▓▓
State: ▓
Zip: 7▓▓
Phone: ▓▓▓▓▓▓
I request to be excluded from the settlement.: True
Date: 02/09/2026
Signature: ▓▓▓▓▓

# Bausch/Lannett Opt Out

Noreply@rustconsulting.com **Noreply@rustconsulting.com**

to info@aggenericdrugs.com

Mar 2, 2026, 10:10:04 PM (18 hours ago)

A response has been sent from the following website: www.aggenericdrugs.com.

Name: ▮▮▮▮▮
Street Address: ▮▮▮▮▮▮▮▮▮
City: ▮▮▮▮▮
State: ▮▮
Zip: ▮▮▮
Phone: ▮▮▮▮▮
I request to be excluded from the following settlements:
Date: 3/2/2026
Signature: ▮▮▮▮▮

## Bausch/Lannett Opt Out



Noreply@rustconsulting.com  <Noreply@rustconsulting.com>
Mar 4, 2026, 2:19:30 PM (5 days ago)

to info@aggenericdrugs.com

A response has been sent from the following website: aggenericdrugs.com.

Name:
Street Address:
City:
State:
Zip:
Phone:
I request to be excluded from the following settlements: Both Settlements
Date: 03/04/2026
Signature:

# Bausch/Lannett Opt Out

1 view
Subscribe



Noreply@rustconsulting.com <Noreply@rustconsulting.com>

Mar 5, 2026, 8:04:41 AM (4 days ago)
to info@aggenericdrugs.com

A response has been sent from the following website: www.aggenericdrugs.com.

Name: ▮▮▮▮▮▮▮▮▮▮▮▮
Street Address: ▮▮▮▮▮▮▮▮▮▮▮▮
City: ▮▮▮▮
State: ▮▮
Zip: ▮▮▮

▮▮▮▮▮▮▮▮▮▮
I request to be excluded from the following settlements: Both Settlements
Date: 3/4/2026
Signature: ▮▮▮▮▮▮▮▮▮▮▮▮

# Bausch/Lannett Opt Out



**Noreply@rustconsulting.com** <**Noreply@rustconsulting.com**>

Mar 13, 2026, 9:55:57 AM (3 days ago)

to info@aggenericdrugs.com

A response has been sent from the following website: www.aggenericdrugs.com.

Name: ▢

Street Address: ▢

City: ▢

State: ▢

Zip: ▢

Phone: ▢

I request to be excluded from the following settlements: Both Settlements

Date: 3/13/2026

Signature: ▢

# Bausch/Lannett Opt Out



[Noreply@rustconsulting.com](mailto:Noreply@rustconsulting.com) **<Noreply@rustconsulting.com>**

Mar 17, 2026, 8:07:19 PM (2 days ago)

to info@aggenericdrugs.com

A response has been sent from the following website: [www.aggenericdrugs.com](http://www.aggenericdrugs.com).

Name: ▮▮▮▮▮▮▮▮
Street Address: ▮▮▮▮▮▮▮▮▮▮▮
City: ▮▮▮▮
State: ▮▮▮
Zip: ▮▮▮
Phone: ▮▮▮▮▮▮▮
I request to be excluded from the following settlements: Both Settlements
Date: 08/13/2025
Signature: ▮▮▮▮▮▮

# Bausch/Lannett Opt Out

Noreply@rustconsulting.com **<Noreply@rustconsulting.com>**

May 1, 2026, 8:33:18 PM (4 days ago)

to info@aggenericdrugs.com

A response has been sent from the following website: www.aggenericdrugs.com.

Name: ▮▮▮▮▮▮▮▮
Street Address: ▮▮▮▮▮▮▮▮▮▮▮
City: ▮▮▮▮▮▮▮
State: ▮▮
Zip: ▮▮▮▮
Phone: ▮▮▮▮▮▮▮
I request to be excluded from the following settlements: Both Settlements
Date: 05/01/2026
Signature: ▮▮▮▮▮▮

# Bausch/Lannett Opt Out

Noreply@rustconsulting.com <Noreply@rustconsulting.com>

May 4, 2026, 9:57:18 PM (18 hours ago)

to info@aggenericdrugs.com

A response has been sent from the following website: aggenericdrugs.com.

Name: ▮▮▮▮▮▮▮▮▮
Street Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
City: ▮▮▮▮▮▮
State: ▮
Zip: ▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮▮▮
I request to be excluded from the following settlements: Both Settlements
Date: 05/04/2026
Signature: ▮▮▮▮▮▮▮

Bausch/Lannett Opt Out

Noreply@rustconsulting.com <Noreply@rustconsulting.com>

May 12, 2026, 7:59 AM (6 hours ago)

to info@aggenericdrugs.com

A response has been sent from the following website: www.aggenericdrugs.com.

Name: ▮▮▮▮▮▮▮
Street Address: ▮▮▮▮▮▮▮▮▮▮▮▮
City: ▮▮▮
State: ▮▮
Zip: ▮▮▮
▮▮▮▮▮▮▮
I request to be excluded from the following settlements: Both Settlements
Date: 05/12/2026
Signature: ▮▮▮▮▮▮▮

# EXHIBIT B

## Legal Notice

### If You Bought Certain Generic Prescription Drugs in the United States

*You Could Get Money from Current and Future Settlements*

Additional settlements have been reached with some generic prescription drug manufacturers in lawsuits alleging that consumers paid artificially inflated prices for generic prescription drugs. The Settling Defendants are Bausch Health US, LLC, Bausch Health Americas, Inc., and Lannett Company, Inc.

Lawsuits continue against all other Non-Settling Defendant drug manufacturers: Actavis, Amneal, Ascend, Aurobindo, Breckinridge, Citron, Dr. Reddy's, Emcure, Fougera (see Sandoz), G&W, Glenmark, Greenstone, Lupin, Mallinckrodt (bankruptcy), Mayne Pharma, Mylan, Par Pharmaceutical (bankruptcy), Perrigo, Pfizer, Sandoz, Sun, Taro, Teligent (bankruptcy), Teva, Upsher-Smith, Wockhardt, and Zydus.

### What is the case about?

Lawsuits were brought by many State Attorneys General claiming that Defendants unlawfully agreed with each other to fix the prices of numerous generic prescription drugs sold in the United States. As a result of Defendants' conduct, prescription drug purchasers – including individual consumers - may have paid more than was necessary. The lawsuits are not about – and do not question - the safety or effectiveness of any of the drugs at issue.

### Am I included?

You are included if: (1) you bought a generic prescription drug manufactured by any one of the Defendants; (2) the drug is one of the drugs included in the lawsuit; (3) your purchase was made sometime between May 1, 2009 and December 31, 2019; and (4) you reside in a participating state or territory (including D.C.). A listing of the drugs and a more complete description of eligibility requirements is available at the website (AGGenericDrugs.com) or by calling the toll-free number (1-866-290-0182).

### What do the Settlements provide?

The State Attorneys General have created a fund for the deposit of settlement money from current and future settlements ("Settlement Fund"). The Settling Defendants have agreed to pay approximately $17.8 million into the Settlement Fund, of which $ 12.6 million is set aside for distribution and $ 5.2 million is set aside to finance the administration of the Settlements and to reimburse the State Attorneys General for litigation costs and fees as approved by the Court. Money will not be distributed yet and will be distributed pursuant to a Plan of Allocation approved by the Court at a later date.

The State Attorneys General will continue to pursue the lawsuits against the Non-Settling Defendants, with the expectation that additional money from future settlements will be placed into the Settlement Fund for later distribution, including to individual consumers who purchased generic drugs involved in the litigation and who timely submit valid claims.

### How can I get benefits?

The claims process will open at a later date. You will need to submit a claim form to get a payment. The claim form will be made available to you via the website and other means at a later date. To receive updates about this and future Settlements, including when a claim form is available, and instructions on what information to provide when submitting a claim, you should register on the website, AGGenericDrugs.com, or call the toll-free number, 1-866-290-0182.

### What are my rights?

If you do nothing, you will be bound by the Settlement and the Court's decisions. If you want to keep your right to sue the Settling Defendants, you must exclude yourself ("Opt out") from the Settlement no later than **May 6, 2026.** If you wish to file objections or comments/concerns but still remain in the litigation (and thus be bound by the Settlement and the Court's decisions), you may do so by submitting them to the Court by **May 6, 2026**. The procedure for either opting out of or objecting to the Settlement is explained on the website, AGGenericDrugs.com. The Court will hold a hearing on **May 27, 2026,** to consider whether to approve the current Settlement. You or your own lawyer may appear at the hearing at your own expense, but you do not have to attend.

Please visit AGGenericDrugs.com or call **1-866-290-0182** for additional information, important documents, and case updates.

# EXHIBIT C

<u>NOTICE OF STATE ATTORNEYS GENERAL SETTLEMENTS</u>

# If you bought certain generic prescription drugs in the United States between May 1, 2009 and December 31, 2019, you could receive money from State Attorneys General Settlements.

- Proposed settlements have been reached in consumer protection and antitrust lawsuits originally brought by Attorneys General of 50 states, commonwealths, or U.S. territories, and the District of Columbia against a large number of the nation's largest generic drug manufacturers.

- The lawsuits are being pursued by the attorneys general of Connecticut, Alaska, Arizona, California, Colorado, District of Columbia, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Northern Mariana Islands, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, U.S. Virgin Islands, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming (the "State Attorneys General") to recover restitution for their consumers who bought certain prescription drugs.

- Proposed settlements of the lawsuits (the "Settlements") have been reached with some defendants (the "Settling Defendants") and the lawsuits are continuing against the remaining defendants (the "Non-Settling Defendants"). Payments will be made only (1) if the Court approves the Settlements and after any appeals are resolved, and (2) the Court approves the Plan of Allocation to distribute the Settlement Funds to consumers. The plan will be described in an additional notice to be given at a later date, providing consumers with the opportunity to state their views regarding the plan.

- Settlements also include provisions requiring Settling Defendants' cooperation in the ongoing litigations. The Settling Defendants have also agreed to take steps to ensure that they will not engage in further violations of state and federal antitrust laws.

- This Notice is a summary and is not intended to set forth all of the details of each (or any) settlement agreement. For additional information, important documents, and case updates, visit the website AGGenericDrugs.com or call 1-866-290-0182.

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | | |
|---|---|---|
| **REGISTER TO RECEIVE FUTURE NOTICES** | You will be notified by email or mail when a claim form is available. You will also receive updates about the lawsuits. Claim forms will also be made available via the website, AGGenericDrugs.com or by calling 1-866-290-0182. | |
| **DO NOTHING NOW** | You will be included in the Settlements and eligible to file a claim for a payment (if you qualify) at a later date. However, unless you register your contact information via the website or as otherwise provided (below), you may not receive notice about when and how to file a claim, and thereby may lose any ability to receive any payment from the Settlements). You will give up any rights you currently have to separately sue Settling Defendants for the conduct that is the subject of the lawsuits, unless you take | |

1

| | action to exclude yourself from the settlements (as explained below). | |
|---|---|---|
| **EXCLUDE YOURSELF** | You will not receive a payment from the Settlements, but you will keep any rights you currently have to separately sue the Settling Defendants for the conduct that is the subject of these lawsuits. | To exclude yourself from a Settlement you must either go to the website (AGGenericDrugs.com) and fill out the requisite information, or alternatively, mail a written statement to the settlement administrator as detailed below.  To be timely, you must take action to exclude yourself no later than **May 6, 2026.** |
| **OBJECT TO THE SETTLEMENTS** | If you do not exclude yourself, you can write to the Court explaining why you disagree with the Settlements or any specific terms. | To object to any aspect of a Settlement or otherwise express concerns about a Settlement – but still be included in the Settlement – you must submit a written statement to the Court and counsel (see instructions below).  To be timely, you must submit any objection no later than **May 6, 2026.** |
| **GO TO THE HEARING** | Ask to speak in Court about your opinion of the Settlements. | The Final Approval Hearing will occur on **May 27, 2026.** To speak at the Final Approval Hearing, you or your attorney (hired at your own expense) must mail a written Notice of Intent to Appear at the address listed in Question 14 by **May 6, 2026**. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

2

| WHAT THIS NOTICE CONTAINS |
| :---: |

**BASIC INFORMATION**................................................................................................................ Page 4

   1.  What is this Notice about?
   2.  What are the lawsuits about?
   3.  Who are the Settling Defendants?

**WHO IS INCLUDED** ................................................................................................................. Page 4

   4.  How do I know if I am included?
   5.  Who is not included?
   6.  Who are the Defendants?
   7.  Why are the lawsuits continuing if there are Settlements?

**THE SETTLEMENTS' BENEFITS**............................................................................................... Page 6

   8.  What do the Settlements provide?
   9.  How much money will I receive?
  10.  When will I get benefits?

**REMAINING IN THE SETTLEMENTS**......................................................................................... Page 7

  11.  What am I giving up if I stay in the Settlements?

**EXCLUDE YOURSELF FROM THE SETTLEMENTS** ................................................................... Page 7

  12.  What if I don't want to be in the Settlements?
  13.  If I don't exclude myself, can I sue for the same thing later?

**OBJECTING TO THE SETTLEMENTS**........................................................................................ Page 8

  14.  How do I object to the Settlements?
  15.  What is the difference between objecting to the Settlements and Excluding Myself from the Settlements?

**THE FINAL APPROVAL HEARING** ........................................................................................... Page 9

  16.  When and where will the Court decide whether to approve the Settlements?
  17.  Do I have to attend the Final Approval Hearing?
  18.  Can I attend the Final Approval Hearing?

**GET MORE INFORMATION** ...................................................................................................... Page 10

  19.  Where can I get more information?

**LIST OF DRUGS**

## BASIC INFORMATION

| 1.  What is this Notice about? |
| --- |

This Notice is to inform you about proposed settlements with some Defendants (the "Settlements") *before* the Court decides whether to approve the Settlements, so that you may determine whether to take steps to protect your rights.  This Notice explains the lawsuits, the Settlements, and your legal rights.

The court in charge is the United States District Court for the District of Connecticut.  The lawsuits at issue are *State of Connecticut et al. v. Aurobindo Pharma USA, Inc*., et al., 16-cv-02056 (D.Conn); *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*., *et al*., 19-00710 (D.Conn); and *State of Connecticut et al. v. Sandoz, Inc. et al*., 20-00802 (D.Conn) (collectively referred to as "States' Actions.") The State Attorneys General that sued are called Plaintiffs, and the companies they sued are called the Defendants.

| 2. What are the lawsuits about? |
| --- |

The lawsuits claim that numerous Defendants and their alleged co-conspirators agreed to fix the prices of prescription drugs sold in the United States.  As a result, consumers who bought certain generic prescription drugs ("Drugs at Issue") may have paid more than they should have.  The Defendant drug manufacturers deny they did anything wrong and the Settling Defendants who have agreed to settle the case have done so with no admission of liability.  <u>The lawsuit is not about – and does not question - the safety or effectiveness of any of the drugs at issue.</u>

| 3. Who are the Settling Defendants? |
| --- |

The current Settling Defendants are Bausch Health US, LLC, Bausch Health Americas, Inc., and Lannett Company, Inc.

Other defendants include Actavis, Amneal, Ascend, Aurobindo, Breckinridge, Citron, Dr. Reddy's, Fougera (see Sandoz), G&W, Glenmark, Greenstone, Lupin, Mallinckrodt, Mayne Pharma, Mylan, Par Pharmaceutical (Endo bankruptcy), Perrigo, Pfizer, Sandoz, Sun, Taro, Teligent, Teva, Upsher-Smith, Valeant, Wockhardt, and Zydus.

A full list of the Defendants and the Drugs at Issue in this litigation and Settlements is available at www.AGGenericDrugs.com.

## WHO IS INCLUDED

| 4. How do I know if I am included? |
| --- |

Generally, you may be included if at any time from between May 1, 2009 to December 31, 2019 you bought a qualifying generic prescription drug (purchased in the United States and not for resale) and you currently reside in one or more of the following States or Territories: Connecticut, Alaska, Arizona, California, Colorado, District of Columbia, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Montana, Nebraska,

Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Northern Mariana Islands, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, U.S. Virgin Islands, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming.

Eligibility is based on the drug purchased and the time period of the purchase, *i.e.* eligibility requires at least one purchase of a drug at issue during the alleged conspiracy for that drug.  A list of the drugs at issue in the Settlements and the continuing litigation is provided below and also available at www.AGGenericDrugs.com or by calling 1-866-290-0182.

## 5. Who is not included?

You are not included if:

- You purchased the drugs outside of the United States;
- You purchased the generic drugs for resale or distribution to others; or
- You are an employee of any of the defendants in the lawsuits and any parent, subsidiary, or affiliate.

## 6. Who are the Defendants?

The Defendants are:

- Actavis
- Actavis Holdco U.S., Inc.
- Actavis Pharma, Inc.
- Amneal
- Amneal Pharmaceuticals, Inc.
- Apotex Corp.
- Ascend Laboratories, LLC
- Aurobindo
- Aurobindo Pharma USA, Inc.
- Bausch
- Breckinridge Pharmaceuticals, Inc.
- Citron Pharma, LLC
- Dr. Reddy's Laboratories, Inc.
- Emcure Pharmaceuticals, Ltd.
- Fougera
- G&W
- Glenmark
- Glenmark Pharmaceuticals Inc. USA
- Greenstone
- Greenstone LLC
- Heritage Pharmaceuticals, Inc.
- Lannett

- Lannett Company, Inc.
- Lupin
- Lupin Pharmaceuticals, Inc.
- Mallinckrodt
- Mayne Pharma (USA), Inc.
- Mylan
- Mylan Pharmaceuticals, Inc.
- Par Pharmaceutical Companies, Inc.
- Par Pharmaceuticals, Inc.
- Perrigo
- Pfizer
- Sandoz, Inc.
- Sun
- Sun Pharmaceutical Industries, Inc.
- Taro
- Taro Pharmaceuticals Industries Ltd.
- Taro USA;
- Teligent
- Teva Pharmaceuticals USA, Inc.
- Upsher-Smith Laboratories, LLC
- Wockhardt
- Wockhardt USA, LLC

5

- Zydus Pharmaceuticals (USA), Inc.

### 7. Why are the lawsuits continuing if there are Settlements?

Settlements have been reached with some but not all of the Defendants. The current Settling Defendants are Bausch Health US, LLC, Bausch Health Americas, Inc. and Lannett Company, Inc. Previous settlements were reached with Heritage Pharmaceuticals Inc., Emcure Pharmaceuticals Ltd., and Apotex Corp. The lawsuits will continue against all of the remaining Defendants who have not settled (the "Non-Settling Defendants").

Additional money may become available in the future as a result of a trial or future settlements. Alternatively, the litigation may be resolved in favor of the Non-Settling Defendants and no additional money may become available. There is no guarantee as to what will happen.

Because the lawsuits are continuing against Non-Settling Defendants which may result in future settlements and possible additional money, please register at the website, www.AGGenericDrugs.com, or call 1-866-290-0182, to be notified of any future settlements and to be notified of when and how you may file a claim.

## THE SETTLEMENTS' BENEFITS

### 8. What do the Settlements provide?

Two Settlements are being presented to the Court for approval at this time. The Settlement Funds from these two Settlements total approximately $ 20.3 million, of which $14.25 million is set aside for distribution (the "Restitution Fund") and $ 6.05 million is set aside to finance the administration of the Settlements and to reimburse the State Attorneys General for litigation costs and fees as approved by the Court (the "Costs Fund"). After approval of a plan of distribution by the Court, the share of the Restitution Fund designated for consumer relief will be available for distribution to consumers who timely file a valid claim.

Any interest earned will be added to the Settlement Fund. More details are in the settlement agreements, available at www.AGGenericDrugs.com, or can be requested at 1-866-290-0182.

### 9. How much money will I receive?

At this time, it is unknown how much each Eligible Consumer who submits a valid claim will receive, as this will depend on numerous factors, in particular the number and amount of timely, eligible claims filed, the total money amount available in the Settlement Fund after receipt of all settlements and/or judgments, and the plan of distribution approved by the Court.

In order to receive a payment, you must file a valid claim form *before* the claims period ends. The claims period has not yet begun. A notice about the claims process will be made at a future date ordered by the Court. If you want to receive a notice about the claims process or future settlements, you should register at www.AGGenericDrugs.com or call 1-866-290-0182.

### 10. When will I get benefits?

6

No money has been distributed yet or will be distributed until some future date after Court approval of the settlements and the receipt of funds from settlements and/or judgments.  The State Attorneys General will continue to pursue the lawsuits against the Non-Settling Defendants. All Settlement Funds in the Restitution Fund that are and will be allocated to consumer relief will be distributed together no later than at the conclusion of the lawsuits, or as ordered by the Court.

## REMAINING IN THE SETTLEMENTS

### 11. What am I giving up if I stay in the Settlements?

Unless you exclude yourself, you will give up your right to sue the Settling Defendants for any claims described in the releases. You also will be bound by any decisions by the Court relating to the lawsuit and Settlements.

In return for paying the settlement amounts and providing non-monetary benefits, the Settling Defendants will be released for certain claims relating to the facts underlying this lawsuit.  The settlement agreements describe the releases, so read them carefully, since those releases will be binding on you if the Court approves the Settlements.  If you have any questions, you can call the toll-free number below or you can talk to your own lawyer (at your own expense) if you have questions about what this means.  The settlement agreements and the specific releases are available at www.AGGenericDrugs.com.

## EXCLUDE YOURSELF FROM THE SETTLEMENTS

### 12. What if I don't want to be in the Settlements?

To exclude yourself from the Settlements, go to the website at www.AGGenericDrugs.com, and look for how to exclude yourself (or "Opt Out").

Alternatively, you may exclude yourself by sending a letter (a "Request for Exclusion") by mail to the address below.  It must include:
- Your name, address, and telephone number; and
- The cases and cases numbers:  *State of Connecticut et al. v. Aurobindo Pharma USA, Inc*., et al., 16-cv-02056 (D.Conn); *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*., *et al*., 19-00710 (D.Conn); and *State of Connecticut et al. v. Sandoz, Inc. et al*., 20-00802 (D.Conn); and
- A statement that you want to be excluded from the settlements; and
- A statement attesting that you have purchased one or more of the Drugs at Issue between May 1, 2009 and December 31, 2019; and
- The date; and
- Your signature.

Your Request for Exclusion must be **postmarked no later than May 6, 2026** (check the website at www.AGGenericDrugs.com for updates on the litigation or register to receive future information), and send to the following address:

**Generic Drugs Settlements Exclusions 8769**
**P.O. Box 2599**
**Faribault, MN 55021-9599**

**13. If I don't exclude myself, can I sue for the same thing later?**

No.  Unless you exclude yourself, you give up any right to sue the Settling Defendants for the claims being released in this litigation.

## OBJECTING TO THE SETTLEMENTS

**14. How do I object to the Settlements?**

If you have objections to any aspect of the Settlements, you may express your views to the Court by writing to the address below.  It must include:
- Your name, address, telephone number, and an explanation of your objection; and
- The case name and number:  *State of Connecticut et al. v. Aurobindo Pharma USA, Inc*., et al., 16-cv-02056 (D.Conn); *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*., *et al*., 19-00710 (D.Conn); and *State of Connecticut et al. v. Sandoz, Inc. et al*., 20-00802 (D.Conn); and
- A statement attesting that you have purchased one or more of the Drugs at Issue between May 1, 2009 to December 31, 2019; and
- The date; and
- Your signature; and
- The name, address, and telephone number of any lawyer assisting you.

In addition, <u>if you object</u> you may be asked for additional information, including:
- Documentation demonstrating that you are or were a resident of one the States, Commonwealths, Territories, or the District of Columbia currently involved in the States Actions, followed by your signature: "I declare that [insert your name] is a resident of a State, Commonwealth, [….]"; and
- Documentation demonstrating that you bought a qualifying generic prescription drug (not for resale), including the date(s) of purchase.

Any objection must be mailed to these four addresses and **received no later than May 6, 2026**:

| COURT | COUNSEL FOR THE STATE ATTORNEYS GENERAL | COUNSEL FOR DEFENDANTS |
|---|---|---|
| Clerk's Office<br>Abraham Ribicoff Federal Building<br>United States Courthouse<br>450 Main Street<br>Suite A012<br>Hartford, CT 06103 | Saami Zain<br>Assistant Attorney General<br>New York Attorney General<br>28 Liberty Street,<br>New York, NY 10005 | Robin D. Adelstein<br>Mark A. Robertson<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>(*Counsel for Bausch*)<br><br>George G. Gordon<br>Dechert LLP<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>(*Counsel for Lannett*) |

If you hire a lawyer to make an objection, your lawyer must also file a Notice of Appearance with the Clerk of the Court **no later than May 6, 2026**.

| **15. What is the difference between objecting to the Settlements and Excluding myself from the Settlements?** |
| --- |

Objecting to the Settlements simply means telling the Court that you don't like something about one or more Settlements or have certain concerns about the Settlement(s). Objecting does not disqualify you from making a claim nor does it make you ineligible to receive a payment.

If you exclude yourself from the Settlements, you are no longer part of the Settlements or the States' Actions. Therefore, you will not be eligible to receive any payments from the Settlements and you will not be able to object to the Settlements. You will not be subject to the terms and conditions of the Settlements. However, you keep your right to sue the Defendants for the same claims in another lawsuit.

## THE FINAL APPROVAL HEARING

| **16. When and where will the Court decide whether to approve the Settlements?** |
| --- |

The Court will hold a Final Approval Hearing on the Bausch and Lannett Settlements on **May 27, 2026, at 10:00am**, at the Abraham Ribicoff Federal Building, United States Courthouse, 450 Main Street - Annex 135, Hartford, Connecticut 06103, Courtroom 3. The hearing may be moved to a different date or time without additional notice, so check www.AGGenericDrugs.com for current information or call 1-866-290-0182 if you want to find out if the hearing has been rescheduled. Subsequent Settlements will be scheduled for final approval hearings at future dates. Check www.AGGenericDrugs.com for current information or call 1-866-290-0182 for updated information regarding final approval hearings. At the Final Approval Hearing, the Court will consider whether these Settlements are fair, reasonable, and adequate. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to grant final approval to each of the Settlements. We do not know how long these decisions will take.

| **17. Do I have to attend the Final Approval Hearing?** |
| --- |

No. Counsel for the State Attorneys General will be prepared to answer questions on your behalf. Individuals who have filed and served written objections may (but do not have to) appear at the Final Approval Hearing, in person or through an attorney hired at their own expense.

| **18. Can I attend the Final Approval Hearing?** |
| --- |

Yes. Anyone can attend the Final Approval Hearing and watch. If you want to attend and observe, you do not have to do anything.

If you want to attend and object, in person or through an attorney hired at your own expense, you need to mail a written Notice of Intent to Appear to the address listed in Question 14 so that it is received by **May 6, 2026**. The Notice of Intent to Appear must contain the following information:

9

1. Your name, address, and telephone number and, if applicable, the name, address, and telephone number of your attorney (who must file a Notice of Appearance with the Clerk of the Court not later than May 6, 2026;
2. Your objection, including any supporting papers; and
3. The name and addresses of any witnesses to be presented at the Final Approval Hearing, together with a statement as to the matters on which they wish to testify and a summary of the proposed testimony.

## GET MORE INFORMATION

| 19. Where can I get more information? |
| --- |

This Notice summarizes the Settlements.  You can get more information about the Settlements at www.AGGenericDrugs.com, by calling 1-866-290-0182, or by writing to Generic Drugs Settlements 8769, P.O. Box 2599, Faribault, MN 55021-9599.

 You can also get copies of the official Court file by accessing the Court docket in this case:
- Through the Court's Public Access to Court Electronic Records (PACER) system at https://pacer.login.uscourts.gov/ or
- By visiting the office of the Clerk of the Court for the United States District Court for the District of Connecticut, Abraham Ribicoff Federal Building, United States Courthouse, 450 Main Street, Suite A012, Hartford, CT 06103, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THESE SETTLEMENTS OR THE CLAIM PROCESS.**

10

**LIST OF DRUGS**

More information on the List of Drugs can be found at https://AGGenericdrugs.com/English/Drug-List

Acetazolamide
Acetazolamide Tablet 125 mg
Acetazolamide Tablet 250 mg
Adapalene Cream 0.1%
Adapalene Gel
Alclometasone Dipropionate Cream 0.05%
Alclometasone Dipropionate Ointment
Amiloride HCL/HCTZ Tablets
Ammonium Lactate Cream EQ 12% Base
Ammonium Lactate Lotion EQ 12% Based
Amoxicillin/Clavulanate Chewable Tablets
Amphetamine/Dextroamphetamine ER (aka Mixed Amphetamine Salts)
Amphetamine/Dextroamphetamine IR
Azithromycin Suspension
Azitlnomycin Oral Suspension
Baclofen Tablets
Benazepril HCTZ
Betamethasone Dipropionate Cream EQ 0.05% BASE
Betamethasone Dipropionate Cream, Augmented EQ 0.05% BASE
Betamethasone Dipropionate Lotion      EQ 0.05% BASE
Betamethasone Dipropionate Lotion, Augmented EQ 0.05% BASE
Betamethasone Valerate Cream 0.01% BASE
Betamethasone Valerate Lotion   0.01% BASE
Betamethasone Valerate Ointment 0.01% BASE
Betamethasone Valerate Tablet   0.01% BASE
Bethanechol Chloride Tablets
Bromocriptine Mesylate Tablets EQ 2.5 mg Base
Budesonide DR Capsules
Budesonide Inhalation
Bumetanide Tablets
Buspirone Hydrochloride Tablets
Cabergoline
Calcipotriene Betamethasone Dipropionate Ointment 0.06-0.005%
Calcipotriene Solution 0.005%
Capecitabine
Carbamazepine Chewable Tablets
Carbamazepine ER Tablets 100mg; 200mg; 400mg
Carbamazepine Tablets
Cefdinir Capsules
Cefdinir Oral Suspension
Cefpodoxime Proxetil Oral Suspension EQ 100mg Base; EQ 50mg Base
Cefpodoxime Proxetil Tablets EQ 100mg Base; EQ 200 mg Base

11

Cefprozil Tablets
Celecoxib
Cephalexin Suspension
Ciclopirox Cream 0.77%
Ciclopirox Shampoo 1%
Ciclopirox Solution 8%
Cimetidine Tablets
Ciprofloxacin Tablets
Clarithromycin ER Tablets
Clemastine Fumarate Tablets
Clindamycin Phosphate 60 ml solution
Clindamycin Phosphate All except solution (Cream, Gel, Lotion)
Clindamycin Phosphate All formulations (Cream, Gel, Lotion, Solution)
Clobetasol Propionate Cream 0.05%
Clobetasol Propionate Gel 0.05%
Clobetasol Propionate Ointment 0.05%
Clobetasol Propionate Solution 0.05%
Clomipramine HCL
Clonidine TTS Patch
Clotrimazole Betamethasone Dipropionate Cream EQ 0.05% BASE
Clotrimazole Betamethasone Dipropionate Ointment EQ 0.05% BASE
Clotrimazole Topical Solution
Cyproheptadine HCL Tablets
Desmopressin Acetate-Tablets
Desogestrel/Ethinyl Estradiol Tablets (Kariva)
Desonide Cream 0.05%
Desonide Lotion 0.05%
Desonide Ointment 0.05%
Desoximetasone Ointment 0.05%; 0.25%
Dexmethylphenidate
Dextroamphetamine Sulfate ER
Diclofenac Potassium Tablets
Diclofenac Tablets
Dicloxacillin Sodium Capsules
Diflunisal Tablets
Diltiazem HCL Tablets
Disopyramide Phosphate Capsules
Doxazosin Mesylate Tablets
Doxycycline hyclate DR
Doxycycline monohydrate
Drospirenone and ethinyl estradiol (Ocella)
Econazole Nitrate Cream 1%
Enalapril Maleate Tablets
Entecavir
Epitol Tablets
Eplerenone Tablets 25mg; 50mg

Erythromycin Base/Ethyl Alcohol Solution 2%
Estazolam Tablets
Estradiol
Estradiol Tablets
Ethambutol HCL [hydrocholoride] Tablets 100mg; 400mg
Ethinyl estradiol and levonorgestrel (Portia and Jolessa)
Ethosuximide Capsules
Ethosuximide Oral Solution
Etodolac ER Tablets
Etodolac Tablets
Fenofibrate
Fluconazole Tablets
Fluocinolone Acetonide Cream 0.01%; 0.025%
Fluocinolone Acetonide Ointment  0.025%
Fluocinonide Cream
Fluocinonide Cream        0.05%; 0.1%
Fluocinonide Emolient Cream
Fluocinonide Gel
Fluocinonide Gel 0.05%
Fluocinonide Ointment
Fluocinonide Ointment 0.05%
Fluocinonide Solution 0.05%
Fluoxetine HCL Tablets
Flurbiprofen Tablets
Flutamide Capsules
Fluticasone Propionate Lotion (60ml)     0.05%
Fluvastatin Sodium Capsules
Fosinopril-hydrochlorothiazide
Gabapentin Tablets
Glimepiride Tablets
Glipizide-metformin
Glyburide
Glyburide-metformin
Griseofulvin Microsize Tablets 250mg; 500mg
Griseofulvin Suspension
Halobetasol Propionate Cream 0.05%
Halobetasol Propionate Ointment 0.05%
Haloperidol
Hydrocortisone Acetate Suppositories (Anucort HC) Suppository 25mg; 30mg
Hydrocortisone Valerate Cream 0.2%
Hydroxyurea Capsules
Hydroxyzine Pamoate Capsules
Imiquimod Cream 0.2%
Irbesartan
Isoniazid
Ketoconazole Cream

13

Ketoconazole Cream 2%
Ketoconazole Tablets
Ketoprofen Capsules
Ketorolac Tromethamine Tablets
Labetalol HCL Tablets
Lamivudine/Zidovudine (generic Combivir)
Latanoprost Drops/Solution 0.005%; 0.01%
Leflunomide
Levothyroxine
Lidocaine Ointment 5%
Loperamide HCL Capsules
Medroxyprogesterone Tablets
Methazolamide Tablets 25mg; 50mg
Methotrexate Tablets
Methylphenidate HCL ER Tablets 10mg; 20mg; 5mg
Methylphenidate HCL Tablets 10mg; 20mg; 5mg
Metronidazole Cream 0.75%
Metronidazole Gel 0.75%
Metronidazole Gel 1%
Metronidazole Lotion 0.75%
Mimvey (Estradiol/Noreth) Tablets
Moexipril HCL Tablets
Moexipril HCL/HCTZ Tablets
Mometasone Furoate Cream 0.1%
Mometasone Furoate Ointment 0.1%
Mometasone Furoate Solution 0.1%
Nabumetone Tablets
Nadolol Tablets
Nafcillin Sodium Injectable Vials EQ 10GM Base; EQ 1GM Base; EQ 2GM Base
Niacin ER Tablets
Nimodipine
Nitroforantoin MAC Capsules
Norethindrone/ethinyl estradiol (Balziva)
Northindrone Acetate
Nortriptylline Hydrochloride Capsules
Nystatin
Nystatin Ointment 100,000 UNITS/GM
Nystatin/Triamcinolone Acetonide Cream - 100,000 UNITS/GM, 0.1%; 100,000 UNITS/GM, 1%
Nystatin/Triamcinolone Acetonide Ointment -100,000 UNITS/GM, 0.1%; 100,000 UNITS/GM, 1%
Omega-3-Acid Ethyl Esters
Oxacillin Sodium Injectable Vials - EQ 10GM Base; EQ 1GM Base; EQ 2GM Base
Oxaprozin Tablets
Oxybutynin Chloride Tablets
Paricalcitol

Paromomycin
Penicillin VK Tablets
Pentoxifylline Tablets
Phenytoin Sodium ER Capsule – 100mg; 200mg; 300mg
Pioglitazone HCL Metformin HCl Tablets 500mg, EQ 15mg Base; 850MG; EQ 15mg Base
Piroxicam
Pravastatin Sodium Tablets
Prazosin HCL Capsules
Prochlorperazine Maleate Suppository – 25mg
Prochlorperazine Tablets
Promethazine HCL Suppositories12.5mg; 25mg
Propranolol HCL Tablets
Raloxifine HCL Tablets
Ranitidine HCL Tablets
Tacrolimus Ointment – 0.03%; 0.1%
Tamoxifen Citrate Tablets
Temozolomide
Terconazole Cream 0.8%
Theophylline
Tizanidine
Tobramycin
Tolmetin Sodium Capsules
Tolterodine ER
Tolterodine Tartrate
Topiramate Sprinke Capsules
Triamcinolone Acetonide
Triamcinolone Acetonide Cream - 0.8%; 0.025%; 0.1%; 0.5%
Triamcinolone Acetonide Ointment - 0.025%; 0.1%; 0.5%
Triamcinolone Acetonide Paste – 0.1%
Trifluoperazine HCL
ValsartanHCTZ
Verapamil
Warfarin Sodium Tablets
Zoledronic acid

15